RECEIVED

OCT 11 2013

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-108-1BO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | ORDER TO UNSEAL INDICTMENT |
| | : | |
| ROBERT SCOTT FARMER | : | |

Upon motion of the United States of America, and for good cause shown, the above captioned case is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This 10 day of October, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE