# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Robert Scott Farmer                  Docket No. 5:13-CR-108-1BO

### Petition for Action on Probation

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robert Scott Farmer, who, upon an earlier plea of guilty to 18 U.S.C. §641, Theft of Government Money, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 21, 2013, to a 36 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant is allowed to travel outside the U.S. with prior permission from the U.S. Probation office.

2. The defendant is to use only prescription medication from a licensed physician.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** It is recommended that a mental health condition be added to assist the defendant with his mental health needs.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                  /s/ Mindy L. Threlkeld
Robert L. Thornton                      Mindy L. Threlkeld
Supervising U.S. Probation Officer        U.S. Probation Officer
                                                   310 Dick Street
                                                   Fayetteville, NC 28301-5730
                                                   Phone: (910) 483-8613
                                                   Executed On: October 29, 2013

Robert Scott Farmer
Docket No. 5:13-CR-108-1BO
Petition For Action
Page 2

## ORDER OF COURT

Considered and ordered this __29__ day of __October__, 2013, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge